**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Russell Glenn MALONE, Defendant–Appellant.**

**No. 08–12304**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 25, 2009.

Michelle Schieber, Macon, GA, Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Demetria Nicole Williams, Macon, GA, Cynthia W. Roseberry, Federal Defenders of the Middle District of GA, Inc., Macon, GA, for Defendant–Appellant.

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Demetria Nicole Williams, appointed counsel for Russell Glenn Malone in this appeal from the district court's denial of Malone's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the

---

relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Malone's § 3582(c)(2) motion is **AFFIRMED.**